IN THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF WASHINGTON, AT SPOKANE

| | |
|---|---|
| **REFAEL SOFAIR, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED**<br><br>Plaintiff/Petitioner<br><br>vs.<br><br>**GIGA WATT, INC., GIGAWATT PTE. LTD., DAVID MATTHEW CARLSON, AND DOES 1-10**<br><br>Defendant/Respondent | Cause No.:   **2:18-CV-00308-SMJ**<br>Hearing Date:<br><br>DECLARATION OF SERVICE OF<br>**SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **11th day of December, 2018** at **1:40 PM** at the address of **2504 NW COLUMBIA AVENUE, EAST WENATCHEE, Douglas County, WA 98802**; this declarant served the above described documents upon **DAVID MATTHEW CARLSON** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **DAVID MATTHEW CARLSON**, **Who accepted service, with identity confirmed by subject stating their name, a gray-haired white male approx. 45-55 years of age, 6'0"-6'2" tall and weighing 200-240 lbs with glasses. Other vehicle there was 683XYA.**.

No information was provided or discovered that indicates that the subjects served are members of the United States military.

Service Fee Total: **$164.50**

Declarant hereby states under penalty of perjury under the laws of the State of Washington that the statement above is true and correct.

December 12, 2018

DATED _____.

**Christopher E. Svelnys, Reg. # 2014-3, Grant County Auditor**

For: **Williams, Kastner**
Ref #: **33193.0101**

ORIGINAL PROOF OF SERVICE
PAGE 1 OF 1

Tracking #: **0030760499**

