John A. Knox, WSBA #12707
Douglas A. Hofmann, WSBA #6393
Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, WA  98101-2380
Tel:  (206) 628-6600

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| REFAEL SOFAIR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GIGA WATT, INC., GIGAWATT PTE. LTD., DAVID MATTHEW CARLSON, and DOES 1-10,<br><br>Defendants. | Case No. 2:18-cv-00308-SMJ<br><br>PLAINTIFF'S MOTION TO ADMIT TIMOTHY G. BLOOD *PRO HAC VICE*<br><br>CLASS ACTION<br><br>January 22, 2019<br>Without Oral Argument |

Pursuant to Local Rule 83.2(c) of the United States District Court for the

Eastern District of Washington, Timothy G. Blood hereby applies for admission

*pro hac vice* to appear and participate in this case on behalf of plaintiff Refael

Sofair.

Mr. Blood hereby attests to the following:

PLAINTIFF'S MOTION TO ADMIT TIMOTHY G. BLOOD
*PRO HAC VICE* - 1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

(a)    Applicant's address and telephone number

Blood Hurst & O'Reardon, LLP
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel:  (619) 338-1100

(b)    Dates of admission to practice before other courts

Mr. Blood is admitted to practice in the following courts:

California State Courts as of 12/5/1990

U.S. District Court, Southern District of California as of 12/5/1990

U.S. District Court, Central District of California as of 12/2/1992

U.S. District Court, Northern District of California as of 7/16/1997

U.S. District Court, Eastern District of California as of 7/13/2003

Ninth Circuit Court of Appeals as of 6/25/1997

United States Supreme Court as of 1/25/2016

United States Circuit Court of Appeals for the Second (4/11/2017), Third (3/6/2008), Fifth (4/6/2000), Sixth (9/23/1999), Eighth (4/20/2001) and Eleventh Circuits (8/4/2000)

United States District Courts for the E.D. Arkansas (11/19/2003), W.D. Arkansas (11/19/2003), N.D. Illinois (1/20/2016) and E.D. Michigan (5/20/2010)

PLAINTIFF'S MOTION TO ADMIT TIMOTHY G. BLOOD
*PRO HAC VICE* - 2

6676594.3

(c)    Name, address and telephone number of associated admitted counsel

John A. Knox
Douglas A. Hofmann
Williams, Kastner & Gibbs
Two Union Square
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Phone: (206) 628-6600

(d)    Necessity for appearance by applicant

Mr. Blood is the managing member of Blood Hurst & O'Reardon, LLP and specializes in class action litigation. Mr. Blood has significant experience leading the litigation of consumer protection class action lawsuits, including consumer protection actions involving various consumer products. He has been appointed lead counsel by numerous state and federal courts, including in complex and multidistrict litigation. Mr. Blood has also tried, either as assisting counsel or co-counsel, class actions and is responsible for a number of appeals resulting in consumer protection decisions relevant to this case.

(e)    Disciplinary actions or sanctions

Mr. Blood has no pending disciplinary sanction actions and has never been subject to disciplinary sanctions by any court or Bar Association.

I declare under penalty of perjury that the foregoing is true and correct.

//

//

PLAINTIFF'S MOTION TO ADMIT TIMOTHY G. BLOOD
*PRO HAC VICE* - 3

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6676594.3

1   Respectfully submitted this 20th day of December, 2018.

2                                              s/ John A. Knox
                                               s/ Douglas A. Hofmann
3   Timothy G. Blood, applicant for *pro*      John A. Knox, WSBA #12707
    *hac vice* admission                       Douglas A. Hofmann, WSBA #6393
4   Blood Hurst & O'Reardon, LLP               Williams, Kastner & Gibbs PLLC
    501 West Broadway, Suite 1490              601 Union Street, Suite 4100
5   San Diego, CA 92101                        Seattle, WA 98101-2380
    Tel: (619) 338-1100                        Tel: (206) 628-6600
6   tblood@bholaw.com                          jknox@williamskastner.com
                                               dhofmann@williamskastner.com
7
                                               Attorneys for Plaintiff
8

9

10

11

12

13

14

15

16

17

18

19

20

PLAINTIFF'S MOTION TO ADMIT TIMOTHY G. BLOOD
*PRO HAC VICE* - 4

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6676594.3