1  John A. Knox, WSBA #12707
   Douglas A. Hofmann, WSBA #6393
2  Williams, Kastner & Gibbs PLLC
   601 Union Street, Suite 4100
3  Seattle, WA  98101-2380
   Tel:  (206) 628-6600
4
   Attorneys for Plaintiff
5

6

7            UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF WASHINGTON
8
   REFAEL SOFAIR, individually and on      NO. 2:18-CV-00308-SMJ
9  behalf of all others similarly situated,
                                            [PROPOSED] ORDER GRANTING
10            Plaintiff,                    MOTION TO ADMIT TIMOTHY G.
                                            BLOOD *PRO HAC VICE*
11 v.

12 GIGA WATT, INC., GIGAWATT PTE.
   LTD., DAVID MATTHEW CARLSON,
13 and DOES 1-10,

14            Defendants.

15
         THIS MATTER is before the Court on Plaintiff Refael Sofair's Motion to
16
   Admit Timothy G. Blood to participate *pro hac vice* in this action.  Having
17
   reviewed the Motion, and for good cause shown, the Court hereby GRANTS the
18
   Motion.
19

20

[PROPOSED] ORDER GRANTING MOTION TO ADMIT       **Williams, Kastner & Gibbs PLLC**
TIMOTHY G. BLOOD *PRO HAC VICE* - 1             601 Union Street, Suite 4100
                                                Seattle, Washington 98101-2380
                                                (206) 628-6600
6676597.1

1  The District Court Executive is directed to enter this Order and to provide

2 copies to counsel of record.

3  DATED this ___ day of January, 2019.

4

5
　　　　　　　　　　_____
　　　　　　　　　　　　　Salvador Mendoza Jr.
6 　　　　　　　　　　UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

[PROPOSED] ORDER GRANTING MOTION TO ADMIT
TIMOTHY G. BLOOD *PRO HAC VICE* - 2

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6676597.1