FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 21, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| REFAEL SOFAIR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GIGA WATT, INC.; GIGAWATT PTE. LTD.; DAVID MATTHEW CARLSON; and DOES 1-10,<br><br>Defendants. | No.   2:18-CV-00308-SMJ<br><br>**ORDER GRANTING PERMISSION TO PARTICIPATE** *PRO HAC VICE* |

Before the Court is Plaintiff's Motion to Admit Timothy G. Blood *Pro Hac Vice*, ECF No. 6. The Court has reviewed the file in this matter and is fully informed. The Court finds that a showing of particular need to appear and participate in this case has been made and that the requirements of Local Civil Rule 83.2(c)(1) and (3) have been met.

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Admit Timothy G. Blood *Pro Hac Vice*, **ECF No. 6**, is **GRANTED**. Timothy G. Blood may appear and participate *pro hac vice* for the purpose of representing Plaintiff Refael Sofair in the above-captioned matter. Counsel of record, John Alan Knox and Douglas A.

ORDER GRANTING PERMISSION TO PARTICIPATE *PRO HAC VICE* **-** 1

Hofmann, shall sign all pleadings, motions, and other papers prior to filing and meaningfully participate in this case.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 21st day of December 2018.

_____
SALVADOR MENDOZA, JR.
United States District Judge