Joel E. Wright, WSBA No. 8625
LEE SMART, PS, INC.
1800 One Convention Place
701 Pike Street
Seattle, WA 98010-3929
Phone: (206) 621-2-3474
Facsimile: (206) 624-5944
jw@leesmart.com
Of Attorneys for Defendants
Giga Watt, Inc., Gigawatt PTE, LTD.,
And David Matthew Carlson,

The Honorable Salvador Mendoza, Jr.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SPOKANE

REFAEL SOFAIR, individually and on behalf of all others similarly situated,

    Plaintiff,

vs.

GIGA WATT, INC., GIGAWATT PTE. LTD., DAVID MATTHEW CARLSON, and DOES 1-10,

    Defendants.

No. 2:18-cv-00308-SMJ

NOTICE OF APPEARANCE

TO:   The Clerk of the Court, and

TO:   All Parties and Their Counsel of Record:

    PLEASE TAKE NOTICE that Joel E. Wright, attorney at Lee Smart, P.S., Inc., without waiving any objections as to improper service or jurisdiction, hereby enters his appearance in this action as attorney for defendants Giga Watt, Inc., Gigawatt PTE, LTD, and David Matthew Carlson.

    You are requested to serve all further papers and proceedings in said cause, except original process, upon Mr. Wright at the address below stated.

NOTICE OF APPEARANCE - 1
2:18-cv-00308-SMJ
6464784.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

DATED this 2nd of January 2019.

                              LEE SMART, P.S., INC.

By:/s/ Joel E. Wright
    Joel E. Wright, WSBA No. 8625
    Of Attorneys for Defendants
    Giga Watt, Inc., Gigawatt PTE, LTD.,
    and David Matthew Carlson

Lee Smart, P.S., Inc.
701 Pike Street, Suite 1800
Seattle, WA  98101-3929
Phone: 206-622-7990
JW@leesmart.com

NOTICE OF APPEARANCE - 2
2:18-cv-00308-SMJ
6464784.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

DECLARATION OF SERVICE

I hereby certify that on this date I filed the foregoing document with the Clerk of the Court using the court's ECF filing system, which will automatically serve the filing on registered users.

| | |
|---|---|
| Douglas A. Hofmann | dhofmann@williamskastner.com |
| John Alan Knox | jknow@williamskastner.com |
| Timothy G. Blood | tblood@bholaw.com |

Dated this 2nd day of January, 2019, at Seattle, Washington.

*/s/ Susan M. Munn*
Susan M. Munn

NOTICE OF APPEARANCE - 3
2:18-cv-00308-SMJ
6464784.doc

LEE·SMART

P.S., Inc. · Pacific Northwest Law Offices

1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944