THE HONORABLE SALVADOR MENDOZA, JR.

MARC ROSENBERG
LEE SMART, P.S., INC.
1800 One Convention Place
701 Pike Street
Seattle, WA 98101-3929
(206) 624-7990
Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON AT SPOKANE

| | |
|---|---|
| REFAEL SOFAIR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GIGA WATT, INC., GIGAWATT PTE. LTD., DAVID MATTHEW CARLSON, and DOES 1-10,<br><br>Defendants. | No. 2:18-cv-00308-SMJ<br><br>NOTICE OF APPEARANCE |

AND TO:    ALL PARTIES AND THEIR COUNSEL

PLEASE TAKE NOTICE that Giga Watt, Inc. and David Carlson, without waiving objections as to improper service, jurisdiction, or any other affirmative defenses, hereby enters their appearance by the undersigned attorneys.

You are requested to serve all further papers and proceedings in said cause, except original process, upon said attorneys at their address below stated

///

//

/

NOTICE OF APPEARANCE - 1
6465658.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

1 | DATED this 4th day of January, 2019.

2

3                     LEE SMART, P.S., INC.

4                   By: /s Marc Rosenberg
                      Marc Rosenberg, WSBA No. 31034
                      Of Attorneys for Defendants
5                       Giga Watt, Inc., and David Carlson

6                   1800 One Convention Place
                  701 Pike St.
7                 Seattle, WA 98101-3929
                (206) 624-7990
8                 mr@leesmart.com

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

NOTICE OF APPEARANCE - 2
6465658.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

# CERTIFICATE OF SERVICE

I hereby certify that on the date provided at the signature below, I electronically filed the preceding document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following individuals:

| | |
|---|---|
| Douglas A. Hofmann | dhofmann@williamskastner.com |
| John Alan Knox | jknow@williamskastner.com |
| Timothy G. Blood | tblood@bholaw.com |

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct, to the best of my knowledge.

Dated this 4th day of January, 2019 at Seattle, Washington.

LEE SMART, P.S., INC.

By: /s Marc Rosenberg
Marc Rosenberg, WSBA No. 31034
Of Attorneys for Defendants
Giga Watt, Inc., and David Carlson

1800 One Convention Place
701 Pike St.
Seattle, WA 98101-3929
(206) 624-7990
mr@leesmart.com

NOTICE OF APPEARANCE - 3
6465658.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944