The Honorable Salvador Mendoza, Jr.

Joel E. Wright, WSBA No. 8625
LEE SMART, PS, INC.
1800 One Convention Place
701 Pike Street
Seattle, WA 98101-3929
Phone: (206) 621-3474
Facsimile: (206) 624-5944
jw@leesmart.com

Of Attorneys for Defendants
Giga Watt, Inc., and
David Matthew Carlson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SPOKANE

| | |
|---|---|
| REFAEL SOFAIR, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>GIGA WATT, INC., GIGAWATT PTE. LTD., DAVID MATTHEW CARLSON, and DOES 1-10,<br><br>    Defendants. | No. 2:18-cv-00308-SMJ<br><br>NOTICE OF ERRATA;<br><br>AND AMENDED NOTICE OF APPEARANCE<br><br>[CLERK'S ACTION REQUESTED] |

TO:   The Clerk of the Court, and

TO:   All Parties and Their Counsel of Record:

PLEASE TAKE NOTICE that Joel E. Wright, attorney at Lee Smart, P.S., Inc., inadvertently entered an appearance in this action as attorney for defendant Giga Watt PTE, LTD.  Mr. Wright does not represent Giga Watt, PTE, LTD.  Mr. Wright only represents Giga Watt, Inc. and David Carlson.  Therefore, an amended and corrected Notice of Appearance is provided below.

NOTICE OF ERRATA; AND AMENDED NOTICE OF APPEARANCE - 1
2:18-cv-00308-SMJ
6465657.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

PLEASE TAKE NOTICE that Joel E. Wright, attorney at Lee Smart, P.S., Inc., without waiving any objections as to improper service or jurisdiction, hereby enters his appearance in this action as attorney for defendants Giga Watt, Inc. and David Matthew Carlson.

You are requested to serve all further papers and proceedings in said cause, except original process, upon Mr. Wright at the address below stated.

DATED this 4th of January 2019.

                LEE SMART, P.S., INC.

By: /s/ Joel E. Wright
Joel E. Wright, WSBA No. 8625
Of Attorneys for Defendants
Giga Watt, Inc. and
David Matthew Carlson

Lee Smart, P.S., Inc.
701 Pike Street, Suite 1800
Seattle, WA 98101-3929
Phone: 206-622-7990
JW@leesmart.com

NOTICE OF ERRATA; AND AMENDED NOTICE OF APPEARANCE - 2
2:18-cv-00308-SMJ
6465657.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

## DECLARATION OF SERVICE

I hereby certify that on this date I filed the foregoing document with the Clerk of the Court using the court's ECF filing system, which will automatically serve the filing on registered users.

| | |
|---|---|
| Douglas A. Hofmann | dhofmann@williamskastner.com |
| John Alan Knox | jknow@williamskastner.com |
| Timothy G. Blood | tblood@bholaw.com |

Dated this 4th day of January, 2019, at Seattle, Washington.

*/s/ Susan M. Munn*
Susan M. Munn

NOTICE OF ERRATA; AND AMENDED NOTICE OF APPEARANCE - 3
2:18-cv-00308-SMJ
6465657.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944