MARC ROSENBERG
LEE SMART, P.S., INC.
1800 One Convention Place
701 Pike Street
Seattle, WA 98101-3929
(206) 624-7990
Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON AT SPOKANE

| | |
|---|---|
| REFAEL SOFAIR, individually and on behalf of all others similarly situated, | No. 2:18-cv-00308-SMJ |
| Plaintiff, | NOTICE OF BANKRUPTCY STAY; AND |
| vs. | |
| GIGA WATT, INC., GIGAWATT PTE. LTD., DAVID MATTHEW CARLSON, and DOES 1-10, | NOTICE OF RELATED CASES FOR PURPOSES OF POSSIBLE CONSOLIDATION |
| Defendants. | |

TO THE CLERK OF COURT, AND OTHER INTERESTED PARTIES:

## I. NOTICE OF BANKRUPTCY STAY

PLEASE TAKE NOTICE that the Giga Watt, Inc. (the "Debtor") filed a voluntary petition under chapter 11 of the United States Bankruptcy Code on November 19, 2018. The Debtor's bankruptcy reorganization case is pending before the United States Bankruptcy Court for the Eastern District of Washington, as Case No. 18-03197-FPC11. A copy of the face-page of the Debtor's chapter 11 petition is attached hereto.

PLEASE TAKE FURTHER NOTICE that upon the filing of the Debtor's chapter 11 petition an automatic stay went into pursuant to 11 U.S.C. § 362. As a result, at this time, all entities are stayed and prohibited from:

(1) the commencement or continuation, including the issuance or

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;

(2) the enforcement, against the debtor or against property of the estate, of a judgment obtained before the commencement of the case under this title;

(3) any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate;

(4) any act to create, perfect, or enforce any lien against property of the estate;

(5) any act to create, perfect, or enforce against property of the debtor any lien to the extent that such lien secures a claim that arose before the commencement of the case under this title;

(6) any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the case under this title;

(7) the setoff of any debt owing to the debtor that arose before the commencement of the case under this title against any claim against the debtor; and

(8) the commencement or continuation of a proceeding before the United States Tax Court concerning a tax liability of a debtor that is a corporation for a taxable period the bankruptcy court may determine or concerning the tax liability of a debtor who is an individual for a taxable period ending before the date of the order for relief under this title.

11 U.S.C. § 362.

L E E · S M A R T

P.S., Inc. · Pacific Northwest Law Offices

1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

## II. NOTICE OF RELATED CASES

Giga Watt, Inc. also respectfully notes that there are other related consolidated cases before this Court, which have already been stayed. These cases include: *Moss v. Giga Watt, Inc., et al*, Case No. 2:18-cv-00100-SMJ, which has already been consolidated into *McVicker, et al. v. Giga Watt, Inc., et al.*, Case No. 2:18-cv-00103-SMJ.

Giga Watt, Inc. takes no action by providing this notification. However, it would not object to *sua sponte* consolidation by this Court, along with a concurrent stay, should the Court find it to be judicially economical to do so.

Respectfully submitted this 10th day of January, 2019.

By:s/ Marc Rosenberg
Marc Rosenberg, WSBA No. 31034
Of Attorneys for Defendants
Giga Watt, Inc., and David Carlson

Lee Smart, P.S., Inc.
701 Pike Street, Suite 1800
Seattle, WA 98101-3929
Phone: 206-622-7990
mr@leesmart.com

**LEE·SMART**
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

## DECLARATION OF SERVICE

I hereby certify that on this date I filed the foregoing document with the Clerk of the Court using the court's ECF filing system, which will automatically serve the filing on registered users.

| | |
|---|---|
| Douglas A. Hofmann | dhofmann@williamskastner.com |
| John Alan Knox | jknow@williamskastner.com |
| Timothy G. Blood | tblood@bholaw.com |

Dated this 10th day of January, 2019 at Seattle, Washington.

LEE SMART, P.S., INC.

By: s/ Marc Rosenberg
     Marc Rosenberg, WSBA No. 31034
     Of Attorneys for Defendants
     Giga Watt, Inc., David Carlson

     Lee Smart, P.S., Inc.
     701 Pike Street, Suite 1800
     Seattle, WA 98101-3929
     Phone: 206-622-7990
     mr@leesmart.com

NOTICE OF RELATED CASES FOR PURPOSES OF
POSSIBLE CONSOLIDATION - 4
6465677.doc

**L E E · S M A R T**
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

# Exhibit 1

Fill in this information to identify your case:

United States Bankruptcy Court for the:

EASTERN DISTRICT OF WASHINGTON

Case number *(if known)* _____  Chapter __11__

☐ Check if this an
   amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **GIGA WATT INC** | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **81-4797010** | |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2504 Columbia Ave NW** <br> **East Wenatchee, WA 98802-3941** <br> Number, Street, City, State & ZIP Code | **1250 N Wenatchee Ave, Suite H #147** <br> **Wenatchee, WA 98801** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **DOUGLAS** <br> County | Location of principal assets, if different from principal place of business |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  _____

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

18-03197-FPC11     Doc 1     Filed 11/19/18     Entered 11/19/18 16:42:39     Pg 1 of 7