Benjamin Ellison, WSBA #48315
Daniel J. Bugbee, WSBA #42412
Dominique R. Scalia, WSBA #47313
DBS Law
155 NE 100th St., Suite 205
Seattle, WA 98125
Telephone: (206) 489-3802
Facsimile: (206) 973-8737
Attorneys for Official Unsecured Creditors' Committee

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| REFAEL SOFAIR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GIGA WATT, INC.; GIGAWATT PTE LTD, DAVID MATTHEW CARLSON; and DOES 1-10,<br><br>Defendants. | Case No. 2:18-cv-00308<br><br>NOTICE OF LIMITED APPEARANCE<br>[Clerk's Action Required] |

TO:   CLERK OF THE COURT; AND
TO:   ALL INTERESTED PARTIES

PLEASE TAKE NOTICE that Benjamin A. Ellison of DBS Law hereby enters an appearance for notification purposes only in the above-captioned matter on behalf of interested party, The Committee of the Unsecured Creditors of Giga

NOTICE OF LLIMITED APPEARANCE - PAGE 1
2:18-CV-00308

DBS|LAW
A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802 | f: 206.973.8737

1  Watt, Inc. in Eastern District of Washington Bankruptcy Case No. 18-03197-11
2  and requests that all further papers and pleadings, except original process, be
3  served upon the undersigned attorney at 155 NE 100th St., Suite 205, Seattle,
4  Washington, 98125.

5  DATED this 5th day of March, 2019.

6  DBS | Law

8  */s/ Ben Ellison*
   Ben Ellison, WSBA # 48315
9  Daniel J. Bugbee, WSBA #42412
   Dominique R. Scalia, WSBA #47313
10 *Attorneys for Official Unsecured Creditors Committee*

NOTICE OF LLIMITED APPEARANCE - PAGE 2
2:18-CV-00308

DBS | LAW
A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802 | f: 206.973.8737