Douglas A. Hofmann, WSBA #6393
John A. Knox, WSBA #12707
Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Tel: (206) 628-6600

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| REFAEL SOFAIR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GIGA WATT, INC., GIGAWATT PTE. LTD., DAVID MATTHEW CARLSON, and DOES 1-10,<br><br>Defendants. | NO. 2:18-cv-00308-SMJ<br><br>NOTICE OF WITHDRAWAL OF ATTORNEY JOHN A. KNOX COUNSEL FOR PLAINTIFF REFAEL SOFAIR |

TO:        Clerk of the Court;

AND TO:    All other parties and their Counsel of Record

PLEASE TAKE NOTICE that John A. Knox hereby withdraws as counsel of record for Plaintiff Refael Sofair in the above-captioned matter. Douglas A. Hoffman of Williams, Kastner & Gibbs, PLLC remains as counsel of record for Plaintiff.

NOTICE OF WITHDRAWAL OF ATTORNEY JOHN A. KNOX COUNSEL FOR PLAINTIFF REFAEL SOFAIR - 1

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

7012848.1

1  DATED this 31st day of December, 2019.

2
<u>s/ John A. Knox</u>
John A. Knox, WSBA #12707
3  Attorneys for Plaintiff
WILLIAMS, KASTNER & GIBBS PLLC
4  601 Union Street, Suite 4100
Seattle, WA 98101-2380
5  Telephone: (206) 628-6600
Fax: (206) 628-6611
6  Email: jknox@williamskastner.com

7

8

9

10

11

12

13

14

15

16

17

18

19

20

NOTICE OF WITHDRAWAL OF ATTORNEY JOHN A. KNOX
COUNSEL FOR PLAINTIFF REFAEL SOFAIR - 2

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

7012848.1