FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 07, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| REFAEL SOFAIR, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>GIGA WATT, INC., GIGAWATT PTE. LTD.; DAVID MATTHEW CARLSON; and DOES 1-10,<br><br>  Defendants. | No. 2:18-CV-00308-SAB<br><br>**ORDER DIRECTING PARTIES TO FILE STATUS CERTIFICATE** |

On January 11, 2019, the above-captioned case was stayed due to Defendant Giga Watt, Inc's Notice of Automatic Stay § 362. ECF No. 13. Nothing has since been filed in this matter.

//
//
//
//
//
//
//
//

**ORDER DIRECTING PARTIES TO FILE STATUS CERTIFICATE** ~ 1

Accordingly, **IT IS HEREBY ORDERED**:

1. Within fifteen (15) days from the date of this Order, the parties are directed to file a status certificate informing the Court of the status of this case.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, forward copies to counsel, and set a case management deadline accordingly.

**DATED** this 7th day of February 2024.



Stanley A. Bastian
Chief United States District Judge

**ORDER DIRECTING PARTIES TO FILE STATUS CERTIFICATE ~ 2**