Douglas A. Hofmann (#6393)
WILLIAMS, KASTNER & GIBBS PLLC
Two Union Square
601 Union Square, Suite 4100
Seattle, WA 98101-2380
Tel: 206/628-6600
206/628-6611 (fax)
dhofmann@williamskastner.com

Timothy G. Blood (*PHV*)
BLOOD HURST &
　O'REARDON, LLP
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com

***Attorneys for Plaintiff Refael Sofair***

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| REFAEL SOFAIR, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GIGA WATT, INC., GIGA WATT PTE, LTD., and DAVID CARLSON,<br><br>　　　　Defendants. | Case No. 2:18-cv-00308-SAB<br><br>District Judge Stanley A. Bastian<br><br>**<u>CLASS ACTION</u>**<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal rules of Civil Procedure, Refael Sofair, Plaintiff, hereby dismisses this action with prejudice. Dismissal without leave of Court is proper under Rule 41(a)(1)(A)(i), as Defendants have not answered the Complaint or filed a motion for summary judgment.

Respectfully submitted,

Dated: July 8, 2024

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (*PHV*)

By:      *s/ Timothy G. Blood*
TIMOTHY G. BLOOD

501 West Broadway, Suite 1490
San Diego, CA  92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com

WILLIAMS, KASTNER & GIBBS PLLC
DOUGLAS A. HOFMANN (#6393)
Two Union Square
601 Union Square, Suite 4100
Seattle, WA  98101-2380
Tel: 206/628-6600
206/628-6611 (fax)
dhofmann@williamskastner.com

*Attorneys for Plaintiff Refael Sofair*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will in turn automatically generate a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF System. The NEF for the foregoing specifically identifies recipients of electronic notice.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 8, 2024.

*s/ Timothy G. Blood*
TIMOTHY G. BLOOD

BLOOD HURST & O'REARDON, LLP
501 West Broadway, Suite 1490
San Diego, CA  92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com

NOTICE OF DISMISSAL WITH PREJUDICE — 2 — Case No. 2:18-cv-00308-SAB