FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 09, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| REFAEL SOFAIR, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>GIGA WATT, INC., GIGA WATT PTE, LTD., and DAVID CARLSON,<br><br>    Defendants, | NO. 2:18-CV-00308-SAB<br><br>**ORDER DISMISSING ACTION; CLOSING FILE** |

Before the Court is the parties' Notice of Dismissal With Prejudice, ECF No. 19. Plaintiff is represented by Douglas Hofmann and Timothy Blood. Defendants are represented by Marc Roseberg.

The parties notify the Court that Plaintiff is dismissing this action with prejudice.

//
//
//
//
//
//
//
//
//

**ORDER DISMISSING ACTION; CLOSING FILE** ~ 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The above-captioned case is **DISMISSED**, with prejudice.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel and **close** the file.

**DATED** this 9th day of July 2024.



Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING ACTION; CLOSING FILE** ~ 2